UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════

LESLIE JAMES PICKERING, and
GEOFF KELLY, Artvoice,

                              Plaintiffs,

                                                            DECISION AND
                                                                ORDER
                    v.                                      13-CV-674A(F)

U.S. DEPARTMENT OF JUSTICE,
UNITED STATES POSTAL SERVICE, and
TRANSPORTATION SECURITY ADMINISTRATION,

                              Defendants.

═══════════════════════════════════

        The above-referenced case was referred to Magistrate Judge Leslie G.

Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On February 25, 2015, Magistrate

Judge Foschio filed an Amended Report and Recommendation (Dkt. No. 46),

recommending that defendants' motion for summary judgment (Dkt. No. 19) should be

granted, and plaintiffs' cross-motion for summary judgment (Dkt. No. 29) should be

denied.

        The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Foschio's Amended Report and Recommendation,

defendants' motion for summary judgment (Dkt. No. 19) is granted, and plaintiffs' cross-

motion for summary judgment (Dkt. No. 29) is denied.

The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

_Richard J. Arcara_

HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   March 27, 2015